PS 42
(Rev 07/93)

**United States District Court**

**District of Nebraska**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT -7 AM 10: 05

OFFICE OF THE CLERK

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| **Alfredo Rodriguez, Jr.** | ) |
| | ) Case No. 8:05CR267-03 |

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

I, Alfredo Rodriguez, Jr., have discussed with Jennifer A. Meyerink, Pretrial Services Officer, modification of my release as follows:

(6) The defendant is placed in the custody of:
Norma Marie Zuniga
*(New Address)*
805 South 14th Street
Norfolk, NE 68701
(402)841-1489

The defendant is hereby removed from the Electronic Monitoring program as outlined in Condition 7, r, of the Conditions of Release dated August 2, 2005.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-6-05     _____  10-6-05
Signature of Defendant       Date         Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              _____
Signature of Defense Counsel             Date

[X]   The above modification of conditions of release is ordered, to be effective on 10/5/05

[ ]   The above modification of conditions of release is _not_ ordered.

_____              10/7/05
Signature of Judicial Officer            Date